UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

| | |
|---|---|
| EAST COAST VENTURE CAPITAL INC., | 1:09-cv-5473(JGK)(JCF) |
| Plaintiff, | |
| -against- | AFFIDAVIT OF STEVEN A. PETTA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| JP MORGAN CHASE BANK N.A. and JAMES ASARO | |
| Defendants. | |

-------------------------------------------------------------------

STATE OF ILLINOIS     )
                      : ss.
COUNTY OF COOK        )

STEVEN A. PETTA, being duly sworn, states as follows:

1. I am a Vice President of Chase Investment Services Corp. ("CISC"). I make this affidavit in support of the defendants' motion for summary judgment in the above-captioned action.

2. This affidavit is based upon the files and records maintained by CISC in the ordinary course of its business and my review of those files and records, as well as my personal knowledge gained from working at CISC for 9 years and 11 months.

3. CISC, a Delaware corporation, is a brokerage firm that is registered as a broker/dealer with the Securities and Exchange Commission. CISC does not maintain FDIC-insured accounts, nor is it a bank, savings bank, mutual savings bank, credit union, savings association, a Federal Home Loan Bank, a member of a Federal Home Loan Bank or an agent of a foreign bank.

4. I am familiar with the usual and customary business practices of CISC regarding the opening and administration of brokerage accounts and record keeping relating to those brokerage accounts.

5. CISC controls the opening and administration of CISC brokerage accounts. JPMorgan Chase Bank, N.A. (the "Bank") is an affiliate of CISC, indirectly owned by a common parent. The Bank does not control the opening or administration of brokerage accounts with CISC.

6. I have reviewed the records of CISC and determined that East Coast Venture Capital, Inc. ("East Coast") maintains a brokerage account with CISC, account number xxx-xxx468 (the first six digits are not stated for privacy reasons). East Coast has no other account with CISC.

7. Attached as Exhibit A to this affidavit is a true and correct copy of a Corporate Resolution, dated December 7, 2007, on file with CISC authorizing the opening of a brokerage account with CISC in the name of East Coast Venture Capital, Inc. ("East Coast"), for account number xxx-xxx468. Exhibit A bears the signatures of Zindel Zelmanovitch, identified as the President of East Coast, Yitzhak Zelmanovitch, identified as Vice President of East Coast, Frederick Schulman, identified as Vice President of East Coast, and John Rajindra, identified as the Secretary of East Coast.

8. Exhibit A is in the form that is used in the regular course of business of CISC for the purpose of authorizing a brokerage account and it was kept by CISC in the regular course of business.

9. Attached as Exhibit B to this affidavit is an Investment Account Application, dated December 7, 2007, for a CISC brokerage account in the name of East Coast,

account number xxx-xxx468, bearing a signature matching the signature of Zindel Zelmanovitch on Exhibit A.

      10.    Exhibit B is in the form that is used in the regular course of business of CISC for the purpose of authorizing a brokerage account and it was kept by CISC in the regular course of business.

Dated: Chicago, Illinois
       July 16, 2009

                                                    STEVEN A. PETTA

Subscribed and sworn to before
me this 16th day of July 2009.

_____
NOTARY PUBLIC

OFFICIAL SEAL
BARBARA ANN MANN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/23/12

3

# EXHIBIT A

Reference Id: 7934496

**Corporate Resolution**
Page 1 of 2



**Chase Investment Services Corp.**
Member NASD and SIPC

New Accounts Fax (866) 966-4455
Managed New Accounts Fax (800) 564-4398
Account Maintenance Fax (800) 805-3909

Account Number: ▓▓▓▓ - ▓▓▓▓ 468

Rep Code: JS2

Use this form to designate individuals authorized to act on a brokerage account for an incorporated company.

### Corporation Information

Corporation Name: **EAST COAST VENTURE CAPITAL INC**

Corporation Name (continued):

Using the attached North American Industry Classification (NAIC) Matrix, enter the type of business and corresponding NAIC code below.

Business Category (please print): Retail Businesses/Service Providers
Type of Business (please print): Other - Retail Businesses/Service Providers
NAIC Code: 812990

PLEASE NOTE: Refer to the Registered Representative Manual, Section 7 for a list of account types that are not approved for a brokerage account. Any Investment Account Application submitted for this type of account will be rejected. Additional documentation is required for casinos and gaming institutions, charities, places of worship and non-profit organizations.

Primary country in which business is transacted (please print): United States

Anticipated number of trades per month (select one):
● 0 - 1 trade  ○ 2 - 3 trades  ○ 4 or more trades

Anticipated dollar amount to be traded per month (select one):
○ $0 - $100,000  ○ $100,001 - $250,000  ○ $250,001 - $500,000  ● $500,001 or more

Is the entity non-publicly traded or publicly traded on a non-recognized exchange? (select one)
● No  ○ Yes

If yes, besides the Authorized Individuals listed on the account, are there any other owners of the entity that have a 25% or greater ownership in the entity? (select one)
● No  ○ Yes; must complete and submit the Signatory Information Sheet or Signatory Information Sheet for Nonresident Alien (as appropriate).

What is the length of the entity's relationship with JPMorgan Chase Bank, N.A. or affiliate? (select one)
○ 0 - 3 months  ○ 4 - 12 months  ○ 1 - 3 years  ● More than 3 years

### Complete the following information for the Entity Client/Supplier

Using the attached North American Industry Classification (NAIC) Matrix, enter the primary type of CLIENT and corresponding NAIC code for this account below.

Type of Business (please print):
NAIC Code:
Does the entity sell privately owned ATMs? (select one)  ○ No  ○ Yes

Using the attached North American Industry Classification (NAIC) Matrix, enter the primary type of SUPPLIER to the business and corresponding NAIC code below.

Type of Business (please print):
NAIC Code:

### Resolutions

I HEREBY CERTIFY that a meeting, duly called, of the Board of Directors of the above named Corporation, at which said meeting a quorum was present and acting throughout, the following preamble and resolution was adopted and ever since has been and now is in full force and effect.

WHEREAS this Corporation is duly authorized and permitted by its Charter and Bylaws to: (1) Engage in cash and margin transactions in any and all forms of securities including, but not limited to, stocks, options, stock options, stock index options, foreign currency options and debt instrument options, bond debentures, notes, scrips, participation certificates, rights to subscribe, warrants, certificates of deposits, mortgages, choses in action, evidences of indebtedness, commercial paper certificates or indebtedness and certificates of interest of any and every kind and nature whatsoever, secured or unsecured, whether represented by trust, participating and/or other certificates or otherwise, and margin transactions, including short sales; (2) Receive on behalf of the Corporation or deliver to the Corporation or third parties monies, stocks, bonds and other securities; and (3) Sell, assign, and endorse for transfer, certificates representing stocks, bonds, or other securities now registered or hereafter registered in the name of the Corporation.

NOW THEREFORE BE IT RESOLVED that this Corporation open an account ("Account") in its name with Chase Investment Services Corp. (CISC) pursuant to the terms of the Brokerage Account Agreement and that the following named officers and/or individuals ("Authorized Individuals") or any one of them or their successors in office, may, on behalf of this Corporation or any one of them acting individually, be and they are hereby authorized to: (1) open and give orders in the said Account for the purchase, sale, or other disposition of stocks, bonds, and other securities; (2) deliver to and receive from this account on behalf of this Corporation monies, stocks, bonds and other securities; (3) sign acknowledgements of the correctness of all statements of accounts; and (4) make, execute and deliver any and all written endorsements and documents necessary or proper to effectuate the authority hereby conferred; the within authorization to each of said officers to remain in full force and effect until written notice of the revocation thereof shall have been received by CISC, Attn: Account Processing, 300 S. Riverside Plaza, 11th Floor, Mail Suite IL1-0291, Chicago IL 60670- 0291.

I FURTHER CERTIFY that the following are the signatures of the Authorized Individuals by the foregoing resolution to act for this Corporation. If the officer certifying this Resolution is also named as an Authorized Individual, the other Authorized Individuals hereby certify by their signatures below that such officer has been validly designated as an Authorized Individual with respect to the Account.



Reference Id: 7934496

**Corporate Resolution**
Page 2 of 2



**Chase Investment Services Corp.**
Member NASD and SIPC

Account Number: ▮▮▮▮ - ▮▮▮▮408    Rep Code: JS2

### 3. Authorized Individual Signature(s)

Authorized Individual Name (first, middle initial, last)
**Zindel Zelmanovitch**

Title (select one)
● President   ○ Vice President   ○ Treasurer   ○ Secretary   ○ Only Officer in Corporation

Authorized Individual Signature: X [signature]   Date (mm/dd/yyyy): 12/07/2007

Authorized Individual Name (first, middle initial, last)
**Yitzhak Zelmanovitch**

Title (select one)
○ President   ● Vice President   ○ Treasurer   ○ Secretary   ○ Other _____

Authorized Individual Signature: X [signature]   Date (mm/dd/yyyy): 12/07/2007

Authorized Individual Name (first, middle initial, last)
**Frederick Schulman**

Title (select one)
○ President   ● Vice President   ○ Treasurer   ○ Secretary   ○ Other _____

Authorized Individual Signature: X [signature]   Date (mm/dd/yyyy): 12/07/2007

Authorized Individual Name (first, middle initial, last)

Title (select one)
○ President   ○ Vice President   ○ Treasurer   ○ Secretary   ○ Other _____

Authorized Individual Signature: X    Date (mm/dd/yyyy):

### Secretary Signature

IN WITNESS WHEREOF, I have hereunto set my hand this day.

Secretary Signature: X [signature]   Date (mm/dd/yyyy): 12/07/2007

Printed Name: Rajindra John

C_OPS_33027EZ REVISED 11_2006_04

# CHASE 

December 7, 2007

To whom it may concern:

The resident address of all three signers are as follows;

1) Zindel Zelmanovitch
    1934 E 18th Street
    Brooklyn, NY 11229

    Initial x _____

2) Yitzhak Zelmanovitch
    785 Addison Street
    Woodmere, NY 11598

    Initial x _____

3) Frederick Schulman
    75 Long Hill Road E
    Briarcliff MNR, NY 10510

    Initial x _____

Chase Investment Services Corp. • 386 Park Avenue South • New York, NY 10016

Securities and Investment advisory services are offered through Chase Investment Services Corp. (CISC). CISC, a member of NASD/SIPC, is an affiliate of JPMorgan Chase Bank, N.A.

NOT FDIC INSURED • NO BANK GUARANTEE • MAY LOSE VALUE

# EXHIBIT B

# Investment Account Application

## Chase Investment Services Corp.
Member FINRA and SIPC

Reference Id: 7934496
Fax to (866) 966-4455
○ POA  ○ TOD  ○ PCA

Corporate
EAST COAST VENTURE CAPITAL INC
Zindel Zelmanovitch

○ *Collateral Account*  ○ CRC○ FRD
Primary Party Id: 793449
EzForms Ref No:616880

### Important Investment Information and Binding Agreement - PLEASE READ CAREFULLY

**IT IS IMPORTANT TO CONSULT A PROFESSIONAL FOR TAX, LEGAL AND OTHER ADVICE BEFORE INVESTING.**

**A. INVESTMENTS ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE**

The value of investments may fluctuate, so when I sell my investments, I may receive more or less than I originally invested. I understand that it is important to read the prospectus or other investment materials carefully before investing.

I understand that although money market mutual funds strive to maintain a stable Net Asset Value (NAV) of $1 per share, there is no guarantee that a stable NAV will be maintained.

**B. INVESTMENTS INVOLVE COSTS, FEES AND CHARGES**

Commissions, fees and expenses are covered in the CISC Fee Schedule or, where applicable, as stated in prospectuses, contracts and/or confirmation notices. I understand that my representative will be paid based on my investment purchases. Information about how my representative is paid can be found in the "Fees and Expenses" section of the Disclosures & Brokerage Account Agreement (Agreement).

I understand that most mutual funds offer more than one class of shares. Each class invests in the same portfolio of securities and has the same investment objective and policies, but each class has different sales charges and expenses, the amount and effect of which is explained in the prospectus. Class A shares include a front-end sales charge or load which varies depending on the amount invested. Reduced sales charges on Class A shares can be obtained through volume purchases (Breakpoints and Rights of Accumulation) in this and related accounts or through agreements to purchase larger amounts over a set period of months (Letter of Intent). Class B and Class C shares do not have a front-end load but include a back-end sales charge, or Contingent Deferred Sales Charge (CDSC), if sold within a certain time period. Class B and C shares are generally subject to higher ongoing fees than Class A shares, which may impact the mutual fund's total return.

**\* DETAILED INFORMATION IS CONTAINED IN THE AGREEMENT**

My representative has verbally reviewed with me sections A and B above and I have received a copy of the Agreement, including the pre-dispute arbitration clause. CLIENT MUST SIGN.

X _[signature]_

**CERTAIN AFFILIATES ARE PAID FOR SERVICES TO MUTUAL FUNDS**

If I am buying shares in JPMorgan Funds, I understand that JPMorgan Chase Bank, N.A. and affiliates provide investment advisory services to these mutual funds for a fee.

**CISC RECEIVES PAYMENTS FROM MUTUAL FUND COMPANIES**

I understand that some mutual fund advisers, distributors or other entities make payments to CISC based on the amount of the fund's shares sold by CISC or owned by clients of CISC. CISC may receive a payment as a percentage of my total purchase amount of one of these mutual funds. In addition, for any mutual fund I hold in my account, and for as long as I hold that mutual fund, CISC may receive an additional payment as a percentage per year of the amount held. Lastly, CISC may receive a fixed annual payment.

I understand that these payments are not made from mutual fund assets but instead are paid from the assets of the mutual fund's adviser or affiliate. I also understand that my representative does not receive any portion of, or additional compensation, as a result of these payments. I understand that more information is contained in the "Mutual Fund Investing" section of the Agreement and a list of the fund families that participate in these arrangements with CISC can be found at www.Chase.com and related websites.

**AGREEMENT**

The undersigned Primary Account Holder and, if applicable, Joint Tenant (referred to as "Client") certifies that each has reached the legal age of majority in the state in which Client resides, that all information provided above is true and correct, that except as disclosed no other person has any interest in this account and each authorizes CISC to investigate and obtain information about any of the statements made in this application. Client understands and agrees that all securities will be held in Client's Account with all holdings reflected on the Client's periodic statement.

Client acknowledges receipt of the Chase Privacy Policy and Opt-Out Notice, and a prospectus for any mutual fund purchased, including any money market mutual fund Client elected on this Application as a Sweep Fund. By signing this form, Client acknowledges that he/she has read, understands and agrees to be bound by the terms and conditions of the Agreement.

For a Chase Retirement Plan, Client has completed the required plan Adoption Agreement and/or Participant Form and has received, read and agreed to the Custodial Agreement and Disclosure Statement or the Qualified Retirement Plan and Trust Defined Contribution Basic Plan Document with the Money Purchase Pension Plan/Profit Sharing Plan Additional Disclosure (for Administrators of Qualified Plans only) and the Account Rules and Regulations as applicable to the Retirement Plan type selected on this Application.

For a Premiere Select retirement plan, Client has completed the required Premiere Select Application and has received, read and agreed to the Customer Agreement and Custodial Agreement and Disclosure Statement applicable to the Premiere Select Retirement Plan type selected on this application. For a Premier Select Profit Sharing Plan or Money Purchase Plan, Client has received the Premiere Select Retirement Plan Establishment Kit (Profit Sharing Plan and Money Purchase Plan). For a Premier Select SIMPLE retirement plan, Client has received the Premiere Select SIMPLE IRA Plan Kit.

Under penalties of perjury, Client certifies that (1) Client's correct tax identification number is shown; (2) Client has not been notified by the Internal Revenue Service (IRS) that Client is subject to backup withholding; or if Client has been so notified, such notice is no longer in effect; and (3) Client is a U.S. person (including a U.S. resident alien). The IRS does not require Client's consent to any provisions of this document other than this certification to avoid backup withholding. CLIENT UNDERSTANDS AND ACKNOWLEDGES THAT THE AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE. SEE SECTION 10 IN THE AGREEMENT FOR MORE DETAILS.

Account Holder Signature: X _[signature]_    Date (mm/dd/yyyy): 12/07/2007

Account Holder Signature: X    Date (mm/dd/yyyy):

**For Investment Representative Use Only**

Investment Representative Signature: Rynsky, Jonathan (JS2)
X _[signature]_   Date: 12/7/10

**For Internal Use Only**

Principal Signature: X    Date:

CISC_OPS_33000 REVISED 09_2007_04

## Investment Account Application
Page 1 of 7

**Chase Investment Services Corp.**
Member NASD and SIPC

Reference ID: 7934496    EzForms Ref No: 616880
New Accounts Fax (866) 966-4455
Managed New Accounts Fax (800) 564-4398

| Rep Code | Account Number | | Branch Code |
|---|---|---|---|
| J S 2 | ▮ | ▮ 4 6 8 | 0 0 0 8 |

Account Holder Last Name

### Account Type

**ENTITY ACCOUNT**

Registration Type
    Corporate

Features for Individual or Joint Accounts:
    ○ Transfer on Death
    ○ Power of Attorney

Features for Investment Accounts:
    ○ Pledged as Collateral

Investment Advisory Accounts:
    No

Investment Representative Name
Rynsky, Jonathan ( JS2 )

Telephone Number

Alternate Contact Name

Telephone Number

### 1  Entity Information

**ENTITY REGISTRATION**

Entity Name
EAST COAST VENTURE CAPITAL INC

ATTN
Zindel Zelmanovitch

Social Security Number or ITIN
▮

Entity Relationship
Checking/Savings/RMMA

Country of Legal Establishment
United States

## Investment Account Application
Page 2 of 7

## Chase Investment Services Corp.
Member NASD and SIPC

### ENTITY ADDRESS

**Residential Address:** 241 5TH AVE RM 302

**Residential Address (continued):**

**City:** NEW YORK  **State:** NY  **Country:**  **Zip Code:** 10016-8732

**Mailing Address (If different from above):**

**Mailing Address (continued):**

**Province:**

**City:**  **State:**  **Country:**  **Zip Code:**

**Home Telephone Number:** (212) 685-1551

**Office Telephone Number:**

Select all that apply
- ☑ Would you like to display this account on an existing JPMorgan Chase Bank N.A. bank account statement? If "Yes", Checking Account No: ████5291
- ○ Client objects to SEC 14B-1 disclosure and DOES NOT want their information to be shared with the companies in which they own shares.

### 2. Financial Information

**Annual Income:** $100,001 or more
**Estimated Net Worth:** $500,001 or more
**Investable Assets:** $500,001 or more

**Federal Tax Bracket:** 27.5% or over
**Risk Tolerance:** Conservative
**Investment Experience:** Limited

**Time Horizon of Investments:** Short ( 0-5 years)

**Investment Objective:**
- 1st Priority: Growth
- 2nd Priority: Income
- 3rd Priority: No

### 3. Settlement Information

- ☑ Banklink Sweep
- ○ Money Market Sweep

**SWEEP VEHICLE:**

- ○ Referenced Bank Account for use with Money Market Sweep

**BANK ACCOUNT INFORMATION**

**Account Type:** Checking

**ABA Routing Number:** ████021  **Bank Account Number:** ████5291

**OPTIONAL FEATURES**
- ○ Weekly Income Check.
- ○ I want to payout my mutual fund dividends and capital gains.
- ☑ I want to reinvest my equity dividends.
- ☑ I certify that I have verified the client's account information listed above.
- ○ I have Equity / Fixed Income trades to place.
- ○ I have Mutual Fund trades to place right now.

**Investment Account Application**    Chase Investment Services Corp.
Page 3 of 7                                                                        Member NASD and SIPC

| 4 | Additional Business Information (If Applicable) |

**Business Category**
Retail Businesses/Service Providers

**Business Type**
Other - Retail Businesses/Service Providers

**Primary Country where Business is Transacted**
United States

**Anticipated # of Trades per Month**
0-1

**Expected Dollars that will Trade per Month**
$500,001 or more

**What is the length of the client/Chase relationship?**

**Primary Type of Customer**

**Primary Type of Supplier**

○ Is your client in the business of offering privately owned ATM's?
○ Is this a non-publicly traded entity or a public entity traded on a non-recognized exchange?
○ Besides the signers listed on the account, are there any other owners of the business that have a 25% or greater ownership in the firm?

**Owner #1**
Name                                    DOB
Country Of Citizenship    Primary Identification Type    Identification Number

**Owner #2**
Name                                    DOB
Country Of Citizenship    Primary Identification Type    Identification Number

**Owner #3**
Name                                    DOB
Country Of Citizenship    Primary Identification Type    Identification Number

**Owner #4**
Name                                    DOB
Country Of Citizenship    Primary Identification Type    Identification Number

Investment Account Application
Page 4 of 7

Chase Investment Services Corp.
Member NASD and SIPC

---

**Signatory Information 1 of 3**

SIGNATORY REGISTRATION

Signatory Name (first, middle initial, last)
Zindel Zelmanovitch

Social Security Number or ITIN
[redacted]

Date of Birth (mm/dd/yyyy)
01/18/1947

Country of Citizenship

Signatory Relationship
Checking/Savings/RMMA

Citizenship Status
USA

Country of Residence (If Citizenship Status is Nonresident Alien)

**SIGNATORY IDENTIFICATION**

☉ Did the representative meet with signatory in person

○ I am or was a senior military, governmental, or political official in a non-US country or I am either closely associated with or I am a spouse, parent, sibling, or child of such an official

Primary Identification Type
US Driver W/Photo:

Identification Number
[redacted]

ID Issue Date (mm/dd/yyyy)
12/02/2003

ID Expiration Date (mm/dd/yyyy)
01/17/2012

ID State /Issuing Agency
New York

Secondary Identification Type

Identification Number

ID Issue Date (mm/dd/yyyy)

ID Expiration Date (mm/dd/yyyy)

ID State /Issuing Agency

**SIGNATORY ADDRESS**

Residential Address
241 5TH AVE RM 302

Residential Address (continued)

Province

City
NEW YORK

State
NY

Country

Zip Code
10016-8732

Home TelephoneNumber
(212) 685-1551

Office Telephone Number
(212) 998-1589

**Investment Account Application**
Page 5 of 7

**Chase Investment Services Corp.**
Member NASD and SIPC

---

**Signatory Information 2 of 3**

SIGNATORY REGISTRATION

Signatory Name (first, middle initial, last)
Yitzhak Zelmanovitch

Social Security Number or ITIN
[redacted]

Date of Birth (mm/dd/yyyy)
12/20/1978

Country of Citizenship

Signatory Relationship
Checking/Savings/RMMA

Citizenship Status
USA

Country of Residence (If Citizenship Status is Nonresident Alien)

---

**SIGNATORY IDENTIFICATION**

☉ Did the representative meet with signatory in person

○ I am or was a senior military, governmental, or political official in a non-US country or I am either closely associated with or I am a spouse, parent, sibling, or child of such an official

Primary Identification Type
US Driver W/Photo

Identification Number
[redacted]

ID Issue Date (mm/dd/yyyy)
08/10/2005

ID Expiration Date (mm/dd/yyyy)
12/20/2009

ID State /Issuing Agency
New York

Secondary Identification Type

Identification Number

ID Issue Date (mm/dd/yyyy)

ID Expiration Date (mm/dd/yyyy)

ID State /Issuing Agency

---

**SIGNATORY ADDRESS**

Residential Address
241 5TH AVE RM 302

Residential Address (continued)

Province

City
NEW YORK

State
NY

Country

Zip Code
10016-8732

Home TelephoneNumber
(212) 685-1551

Office Telephone Number
(212) 686-1515

**Investment Account Application**
Page 6 of 7

**Chase Investment Services Corp.**
Member NASD and SIPC

---

Signatory Information 3 of 3

## SIGNATORY REGISTRATION

Signatory Name (first, middle initial, last)
Frederick Schulman

Social Security Number or ITIN
[redacted]

Date of Birth (mm/dd/yyyy)
06/21/1952

Country of Citizenship

Signatory Relationship
Checking/Savings/RMMA

Citizenship Status
USA

Country of Residence (If Citizenship Status is Nonresident Alien)

## SIGNATORY IDENTIFICATION

● Did the representative meet with signatory in person

○ I am or was a senior military, governmental, or political official in a non-US country or I am either closely associated with or I am a spouse, parent, sibling, or child of such an official

Primary Identification Type
US Driver W/Photo:

Identification Number
[redacted]

ID Issue Date (mm/dd/yyyy)
05/21/2003

ID Expiration Date (mm/dd/yyyy)
06/21/2011

ID State /Issuing Agency
New York

Secondary Identification Type

Identification Number

ID Issue Date (mm/dd/yyyy)

ID Expiration Date (mm/dd/yyyy)

ID State /Issuing Agency

## SIGNATORY ADDRESS

Residential Address
241 5TH AVE RM 302

Residential Address (continued)

Province

City
NEW YORK

State
NY

Country

Zip Code
10016-8732

Home Telephone Number
(212) 685-1551

Office Telephone Number
(212) 686-1515