UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EAST COAST VENTURE CAPITAL INC., :
                                                                                  09-cv-5473(JGK)(JCF)
                Plaintiff, :

                                                                    DECLARATION OF
   -against- :   JAMES ASARO
                                                                    IN SUPPORT OF
JP MORGAN CHASE BANK N.A. and JAMES ASARO, :   DEFENDANTS' MOTION TO
                                                                      DISMISS AND FOR
                Defendants. :   SUMMARY JUDGMENT
------------------------------------------------------------------X

       JAMES ASARO, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

       1.     I am a Vice President and Branch Manager of Defendant JPMorgan Chase Bank, N.A. (the "Bank"). I make this declaration in support of the Bank's motion to dismiss the complaint in the above-captioned action.

       2.     This declaration is based upon my personal knowledge, my review of the documentary evidence attached hereto, and the files and records maintained by the Bank in the ordinary course of its business.

       3.     I am the Branch Manager at the Bank's branch at 386 Park Avenue South, New York, New York, and have held that position since in or about October 2007. As such, I am familiar with the usual and customary business practices at the Bank regarding the opening of bank accounts and record keeping relating to those accounts.

       4.     In the course of my work at the branch, I was involved in providing services to the plaintiff in this matter, East Coast Venture Capital Inc. ("East Coast" or the "plaintiff").

       5.     I have personal knowledge regarding the documents submitted herewith as exhibits to this declaration.

6.  Attached as Exhibit A to this declaration is a true and correct copy of a printout of the computerized records of the Bank which shows all of plaintiff's accounts with the Bank. Exhibit A identifies two accounts that plaintiff has or had at the Bank, a business checking account with an account number ending in 5291, and a business savings account with an account number ending in 2140. According to the Bank's records, these are the only accounts opened by the plaintiff at the Bank.

7.  Attached as Exhibit B is a Business Depository Resolution for East Coast, dated November 6, 2007, for its Business Commercial Checking Account with account number ending in 5291, signed by Yitzhak Zelmanovitch, identifying Zindel Zelmanovitch, Chairman, Frederick Schulman, President, and Yitzhak Zelmanovitch, Vice President and Secretary, as the authorized users of the account. Exhibit B was executed by plaintiff and provided to the Bank in connection with opening the referenced account.

8.  Attached as Exhibit C is a Business Signature Card for East Coast, dated December 5, 2007, for its Business Commercial Checking Account with an account number ending in 5291, signed by Zindel Zelmanovitch, Fredrick Schulman and Yitzhak Zelmanovitch, as authorized users of the account. Exhibit C was executed by plaintiff and provided to the Bank in connection with opening the referenced account.

9.  Attached as Exhibit D is a Business Depository Resolution for East Coast, dated November 6, 2007, for its Business High Yield Savings Account with account number ending in 2140, signed by Yitzhak Zelmanovitch, identifying Zindel Zelmanovitch, Chairman, Fredrick Schulman, President, and Yitzhak Zelmanovitch, Vice President and Secretary, as the authorized users of the account. Exhibit D was executed by plaintiff and provided to the Bank in connection with opening the referenced account.

10. Attached as Exhibit E is a Business Signature Card for East Coast, dated December 5, 2007, for a Business High Yield Savings Account with account number ending in 2140, signed by Zindel Zelmanovitch, Fredrick Schulman and Yitzak Zelmanovitch. Exhibit E was executed by plaintiff and provided to the Bank in connection with opening the referenced account.

11. Attached as Exhibit F is a copy of the Bank's Account Rules and Regulations, for the "Downstate New York Market," with an effective date of September 15, 2006. Exhibit F was in effect and governed all Business Commercial Checking and Business High Yield Savings Accounts, including East Coast's accounts with the Bank, during the period from December 1, 2007 through June 30, 2008.

12. Attached as Exhibit G is a copy of a letter dated January 7, 2008 that I signed and provided to East Coast on or about that date.

13. Attached as Exhibit H is a copy of a letter dated June 2, 2008, addressed to the Small Business Administration, that I signed and provided to East Coast on or about that date.

14. I am aware that East Coast opened and maintains a brokerage account with CISC, a non-bank affiliate of the Bank. That account is not a bank account, and neither I nor the Bank had or have any control over the opening or administration of that account.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July ___, 2009, New York, New York.

JAMES ASARO

MARCIA OFFICER
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NASSAU COUNTY
NO. 01OF6204077
MY COMMISSION EXPIRES 04-13-2013

7/17/09

3

# EXHIBIT A

Customer Summary                                    Page 1 of 1

# Customer Summary

**Customer:** EAST COAST VENTURE CAPITAL INC
Has Business Owner
Non Individual - Corporation - Type S

More PVC's  Get Credit Card for your Owner

**Address**
30 E 29TH RM 204
NEW YORK, NY 10016-7925
United States

**SSN/EIN**
XX-XXX5653

**Business Established Date**
01/01/2001

**Best # to Call**
212-685-1551 (Primary)

**Assigned Banker & Branch**
U764758
New York Life

**LOB Indicator**
Retail Group

**Market Segment**
Business Premier

**Cost Center**
000008

**ECI**
0395672548

## Comments
No Active Comments Available.

## Accounts

| Account # | Type | Status | Relationship | Current Bal |
|---|---|---|---|---|
| XXXXX5291 | BusinessCustom | Active | Sole Owner | $972,201.1 |
| XXXXXXXXXXXX1181 | ATM/Debit Card | Active | Sole Owner | Not Applicab |
| XXXXXXXXXXXX1199 | ATM/Debit Card | Active | Sole Owner | Not Applicab |
| XXXXXXXXXXXX1207 | ATM/Debit Card | Active | Sole Owner | Not Applicab |

## Closed Accounts

Show closed accounts?
● Yes   ○ No

| Account # | Type | Status | Relationship | Current Bal |
|---|---|---|---|---|
| XXXXXX2140 | Bus High Yield Savings | Purge Pending | Sole Owner | $0.0 |

Back

# EXHIBIT B

# BUSINESS DEPOSITORY RESOLUTION

**CHASE**

☑ NEW  ☐ CHANGE

**ACCOUNT NO.** ██████5291

**BANK NAME/NUMBER** ~~[redacted]~~ JPMORGAN CHASE BANK NA

**ACCOUNT TITLE** EAST COAST VENTURE CAPITAL INC.

**BRANCH NAME AND NO.** NEW YORK LIFE  000008

**BUSINESS ADDRESS** 241 5TH AVE AM-302  NY NY 10016

**DATE** 11/06/07

**PREPARED BY** SACHIN KUMAR

**PHONE NO.** 212/684-2406

**TAXPAYER ID NO.** 13-3755653 (SSBIC) SPECIALIZED SMALL BUS IND COMPANY

**PRODUCT TYPE** BUSINESS CUSTOM CHECKING

**Legal Name of Business** EAST COAST VENTURE CAPITOL INC (the "Business")

The individual(s) signing this Resolution hereby certifies to JPMorgan Chase Bank, N.A. ("the Bank") that the Business is (check one):

___ a sole proprietorship owned entirely by the individual signing this Resolution;

___ a duly formed and valid existing
  ___ general partnership  ___ limited partnership  ___ limited liability partnership  ___ limited liability limited partnership  ___ joint venture
  organized under the laws of the state/country of _____ and the persons signing this Resolution constitute all of the general partners of the partnership

☑ a corporation duly organized and in good standing under the laws of the state/country of **DELAWARE** and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any;

___ an unincorporated association or organization and the individual(s) signing this Resolution is the keeper of the records and seal, if any;

___ a limited liability company organized under the laws of the state/county of _____ and the individuals signing this Resolution constitute all of the members or managers, as appropriate of the company.

and that the following is a true and correct copy of the resolutions adopted by the Business and that such resolutions are now in full force and effect.

## Depository and Withdrawal Authorization

RESOLVED, that the Bank is designated a depository in which the funds of the Business may be deposited and/or withdrawn by any one of the persons listed below in the manner so designated, subject to the Bank's deposit account agreement as the same may be amended from time to time. Each person so listed is authorized to endorse for collection, deposit, or negotiation any and all checks, drafts, notes, bills of exchange, certificates of deposit, and order for the payment or transfer of money between accounts at the Bank and other banks, either belonging to or coming into the possession of the Business. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Business without endorsement or may supply the endorsement of the Business. The person(s) so designated is authorized to sign any and all checks, drafts, and orders drawn against any designated account(s) of the Business (including savings accounts) at the Bank. The Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person listed, even if doing so causes or increases an overdraft.

| Print Name | Title | Facsimile Signatures if Applicable |
|---|---|---|
| ZINDEL ZELMANOVITCH | CHAIRMAN | |
| FREDERICK BEAULIEU | PRESIDENT | |
| YITZHAK ZELMANOVITCH | VICE-PRESIDENT/SEC | |

## Signing Authorization

RESOLVED, that any one of the person(s) indicated above is authorized to act for and on behalf of the Business in any matter involving any of the Business' depository accounts at the Bank, including the authority to instruct the Bank to close the account, to give instructions by means other than the signing of any item with respect to account transactions such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other technologic means, and is further authorized to sign and implement for and in the name on behalf of the Business, as they, or any of them see fit, the agreements, instruments, drafts, orders, certificates, or other documents, relating to any depository accounts or other business of the Business including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and/or safe deposit agreements.

## Facsimile Signature Authorization

RESOLVED, that the Bank is authorized and directed to honor checks, drafts, and orders for the payment of money drawn on any of the accounts listed above including those drawn to the individual order of any person when the check, draft, or order bears or purports to bear the facsimile signature(s) as shown above or on the signature card. The Bank shall be indemnified and held harmless against any forgery, or unauthorized use or misuse of the facsimile signing devices.

## Further Authorizations

BE IT FURTHER RESOLVED that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager as appropriate (if a limited liability company ), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of recision or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it in so acting after such revocation or termination without notice.

IN WITNESS WHEREOF the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Business this _____ day of _____

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership (all general partners must sign) / For Limited Liability Company (all members must sign): |
|---|---|---|
| _[signature]_ Secretary | Owner/Sole Proprietor | Partner/Member/Manager |
| ___ THIS IS A NOT-FOR-PROFIT BUSINESS | | Partner/Member/Manager |
| | | Partner/Member/Manager |

JPMorgan Chase Bank, N.A. Member FDIC
Catalog # 04352 (12/06)

DISTRIBUTION: 1) National Account Maintenance  2) Customer

# EXHIBIT C

# Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")** EAST COAST VCOUTURE CAPITAL INC.

**BUSINESS ADDRESS** 241 5TH AVE RM 302 NY NY 10016

**ACCOUNT NUMBER** [redacted]5991

**ACCOUNT TYPE** Business Commercial Checking

**TAXPAYER ID NUMBER** [redacted]

**DATE OPENED** 12/05/2007

**FORM OF BUSINESS**

**ISSUED BY** JPMorgan Chase Bank New York Life

**BANK NO.** 8

SACHIN KUMAR
212 684 2406

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|

## SIGNER(S) TO BE ADDED LATER

**ACKNOWLEDGEMENT** — By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

**CERTIFICATION** — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. person (including a U.S. resident alien).

☐ If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| ZWPZZ ZELMANOVITCH | | | | |
| GEDANIA SCHWARTZ | | | | |
| YITZHAK ZERMANOVITCH | | | | |

JPMorgan Chase Bank, N.A. Member FDIC
10517 (07/07)

SMS
JAN 09 2008
By DOC PREP

# EXHIBIT D

# BUSINESS DEPOSITORY RESOLUTION

**CHASE** ◯

✓ NEW ____ CHANGE

ACCOUNT NO. ████████ 2140

BANK NAME/NUMBER: JPMORGAN CHASE BANK N.A.

ACCOUNT TITLE: EAST COAST VENTURE CAPITAL INC

BRANCH NAME AND NO.: NEW YORK LIFE  000008

BUSINESS ADDRESS: 241 5TH AVE, RM 502
NY NY 10016

DATE: 11/06/07
PREPARED BY: SACHIN KUMAR
PHONE NO.: 212/684-2406

TAXPAYER ID NO.: 13-3955653

PRODUCT TYPE: (SSDIC) SPECIALIZED SMALL BUSINESS INV COMPANY

Legal Name of Business: EAST COAST VENTURE CAPITAL INC (the "Business")

The individual(s) signing this Resolution hereby certifies to JPMorgan Chase Bank, N.A. ("the Bank") that the Business is (check one):

____ a sole proprietorship owned entirely by the individual signing this Resolution;

____ a duly formed and valid existing

____ general partnership  ____ limited partnership  ____ limited liability partnership  ____ limited liability limited partnership  ____ joint venture

organized under the laws of the state/country of _____ and the persons signing this Resolution constitute all of the general partners of the partnership.

✓ a corporation duly organized and in good standing under the laws of the state/country of **DELAWARE** and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any;

____ an unincorporated association or organization and the individual(s) signing this Resolution is the keeper of the records and seal, if any;

____ a limited liability company organized under the laws of the state/country of _____ and the individuals signing this Resolution constitute all of the members or managers, as appropriate of the company.

and that the following is a true and correct copy of the resolutions adopted by the Business and that such resolutions are now in full force and effect.

## Depository and Withdrawal Authorization

RESOLVED, that the Bank is designated a depository in which the funds of the Business may be deposited and/or withdrawn by any one of the persons listed below in the manner so designated, subject to the Bank's deposit account agreement as the same may be amended from time to time. Each person so listed is authorized to endorse for collection, deposit, or negotiation any and all checks, drafts, notes, bills of exchange, certificates of deposit, and order for the payment or transfer of money between accounts at the Bank and other banks, either belonging to or coming into the possession of the Business. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Business without endorsement or may supply the endorsement of the Business. The person(s) so designated is authorized to sign any and all checks, drafts, and orders drawn against any designated account(s) of the Business (including savings accounts) at the Bank. The Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person listed, even if doing so causes or increases an overdraft.

| Print Name | Title | Facsimile Signatures if Applicable |
|---|---|---|
| ZINDEL ZELMANOVITCH | CHAIRMAN | |
| FREDRICK SCHULMAN | PRESIDENT | |
| YITZHAK ZELMANOVITCH | VICE-PRESIDENT/SEC | |

## Signing Authorization

RESOLVED, that any one of the person(s) indicated above is authorized to act for and on behalf of the Business in any matter involving any of the Business' depository accounts at the Bank, including the authority to instruct the Bank to close the account, to give instructions by means other than the signing of any item with respect to account transactions such as those initiated via electronic debit, payment, wire transfer or other withdrawal of funds by computer, electronic or other technologic means, and is further authorized to sign and implement for and in the name on behalf of the Business, as they, or any of them see fit, the agreements, instruments, drafts, orders, certificates, or other documents, relating to any depository accounts or other business of the Business including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and/or safe deposit agreements.

## Facsimile Signature Authorization

RESOLVED, that the Bank is authorized and directed to honor checks, drafts, and orders for the payment of money drawn on any of the accounts listed above including those drawn to the individual order of any person when the check, draft, or order bears or purports to bear the facsimile signature(s) as shown above or on the signature card. The Bank shall be indemnified and held harmless against any forgery, or unauthorized use or misuse of the facsimile signing devices.

## Further Authorizations

BE IT FURTHER RESOLVED that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager as appropriate (if a limited liability company ), or any general partner (if a partnership) is authorized to certify to the Bank the name, the specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of recision or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it in so acting after such revocation or termination without notice.

IN WITNESS WHEREOF the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Business this _____ day of _____

For a Corporation or Unincorporated Association or Organization:

_[signature]_
Secretary

____ THIS IS A NOT-FOR-PROFIT BUSINESS

For Sole Proprietorship:

_____
Owner/Sole Proprietor

For Partnership (all general partners must sign) /
For Limited Liability Company (all members must sign):

_____
Partner/Member/Manager

_____
Partner/Member/Manager

_____
Partner/Member/Manager

JPMorgan Chase Bank, N.A. Member FDIC
Catalog # 04382 (12/06)

DISTRIBUTION: 1) National Account Maintenance  2) Customer

SETSB 180/60/101

# EXHIBIT E

## Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")**
EAST COAST VENTURE
CAPITAL INC

**BUSINESS ADDRESS** 841 5TH AVE. RM. 302
NY    NY    10016

**ACCOUNT NUMBER** ▮▮▮▮2140
**ACCOUNT TYPE** Business High Yield Savings
**TAXPAYER ID NUMBER** ▮▮▮▮▮▮▮▮
**DATE OPENED** 12/05/2007
**FORM OF BUSINESS**
**ISSUED BY** JPMorgan Chase Bank, N.A.
**BANK NO.** 8    New York, NY USA
Sophia Kwan
212-484-8406

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|

### SIGNER(S) TO BE ADDED LATER

**ACKNOWLEDGEMENT** By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the named person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

**CERTIFICATION** — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. person (including a U.S. resident alien).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| ZINDEL ZEEHANOWITCH | | | | *[signature]* |
| MOSHOL SCHUSTER | | | | *[signature]* RECEIVED CW JAN 10 2008 |
| YITZHAK ZEEHANOWITCH | | | | *[signature]* JAN 09 2008 |
| | | | | PROCESSOR |
| | | | | VERIFIED |

JPMorgan Chase Bank, N.A. Member FDIC
10817 (07/07)

SMR
JAN 0 9 2008
Doc PREP

# EXHIBIT F